This is Courtney, reporting on the first chance to see the half-declared Sanders, with the best spots on the clock. I'm sure we'll get to do this for a while. With, of course, the additional time, but it's the first question to present 44 hits in a row this week, not only because it's a close question, but also because it bears both on our 311 shows as well as our conspiracy shows. The current issue is this overall unbeatable run, with 34 spots last season's Superhero. I think it's a close order, but I don't think we're sort of zeroed in on the primary suit, nor is that the city goes a long way towards being a superhero city. I'll use the word internal. This isn't New York anymore. I'm just conceding that the bottom lines themselves are the main event, and the commentary will be serviced. It's far greater than any slander and violence, and far greater than any scandal. So I went to the conference, and I gave a couple of highlights, and I think that's all I can possibly think of. For example, as the first show in the latest show, Snow 1.2 uses a 25-file content that applies exclusively to the commentary. It seems true to be 1.1. Thank you, guys, for the comments. I did not see the comment, except that there are 4 minutes of application notes going from 16 to 17, and those actual notes even if it was 15. We're a vendor. It's very, very interesting to me. It's interesting to me, but I don't know. 41.1 uses 25-file content, so I don't know if that's worth commissioning. It's definitely worth commissioning if you want one. It's a divided, entire, nonviolent communication. It's divided into 41.1, 2, 2, and 4, and it's a very sophisticated communication. It's a very sophisticated communication under system. And what it means is, when you start a system, for example, in P2C, so we have a system that's run for a class, and then a system that's run by a class, and then you have a class of single classes, so you operate under a single class, that leaves no room to the jobs of the children, the school students, that leaves no room to qualify to be open to asking for 25-files and not the same as before. And so this has this importance in terms of this communication, which is what we call a wave, and what we'll call a wave. The content considers those three elements, agreements, intent, and the three functions, three powers, that can include an overriding parameter. The only forceful aspect of the environment class is if it doesn't qualify to be open to individual responses, then the commentator says, Jerry, what are you doing? If the commentator can't understand the content and syntax of the environment, it might be that the scenario and the situation are too overwhelming to allow the commentator to be in that information, but the system can communicate things in such an intense and cohesive way that it's interesting. Deciding on what we want to point to is important. The content is matching some of the comments that are made there. You see the comments in the 28-J letter with respect to the pending case in the panel on torts. I guess I would argue that we would agree that we probably can't reach that issue until the torts panel resolves the question. Yes, sir. I agree with a lot of the suggestions that were out there that they don't resolve the deafness in their systems. There's a lot of basic figurations in many categories and this is one of the things that the commission is trying to do. I think there was nothing very wrong with the guideline that was in the suggestions that were spoken about. Other than that, I'm sure we'll be able to go beyond so far as to what the guidelines are going to be in terms of that. I think the guidelines are going to be in terms of the deafness. Turning to the indication that was brought up before, there seems to be a lot of relationship between the post-cords and the commentary there. So I'm going to end on this while we are pursuing the details of this conspiracy that we're talking about. As I understand your argument, it basically goes like this. If your super argument is saying that the post-corded statement is not complete and outside of law, where it constitutes criminal violence, you cannot say that. The implication of this is for conspiracy to be that it's criminal violence. So then, essentially, the implication overlays that you're not supposed to keep the post-cords within the course of violence. So you're subsuming the elements of post-corded operating in scale to conspiracy. I think there are a number of problems with that argument. But clearly, it is the one being misused. The case was clear in saying that if the control of operating were to be in a super analysis of the elements of this conspiracy, that would suggest that those elements of a post-corded conspiracy were agreements in the end. And three of those three of course died in the open air. So I don't think this uses any form to import different elements of conspiracy as to say it's criminal violence. Number two, post-corded operating itself isn't criminal violence. And if it's not, then even if we were forced to do this, we would identify or at least introduce as far as what it refers to criminal violence or what it refers to the fear of injury. And three, I don't think it would be a reference to force. I think it would be more strongly the force of requirement as far as post-corded conspiracy is concerned. Four, I don't think post-corded conspiracy is criminal violence as far as the nature of the action that takes place in the context of the situation in which it takes place.  I think there's a range of different answers. I think that's true.  the best case is in this case for me it's not a matter of whether it's criminal or not. I don't understand that you have to question  I mean this is a problem and this is a potential opportunity and it depends on the extent of the situation that it is required. If it's not, I mean I think most of the evidence presented here should be required to be examined. One thing that's not available in this survey is what the evidence provided. One thing that's useful to be able to use in a survey is to take a look at the information on the case and use those images along with the evidence that we see on the case. I'm just wondering if you could share a summary if you see that there's evidence communicating the evidence that is used by the authors in the next five minutes and how you think that this will also strengthen your review of the case. Well, I guess the short answer is just to apologize for this. I think it's something that we originally wanted to see so I'm sure she'll still see it. I just wanted to make sure that you're seeing this. Thank you. Okay. Thank you very much. Thank you. Thank you. Thank you so
judges: Farris, O'scannlain, Christen